In the Matter of the Accounting of FREDERICK F. SCHUMMERS et al., as Executors of FRANC C. SCHUMMERS, Deceased, Respondents.

MARGRETA S. VAN WAGNEN, as Executrix, et al., Appellants; ISAAC A. ROSA, as Administrator of the Estate of H. IRMA S. ROSA, Deceased, Respondent.

*Executors and administrators — accounting — alleged improper credit of expenditures.*

*Matter of Schummers*, 210 App. Div. 296, affirmed.
(Argued May 24, 1926; decided June 8, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 24, 1924, which modified and affirmed as modified a decree of the Monroe County Surrogate's Court surcharging the accounts of the executors of Franc C. Schummers, deceased. The appellants contended that the executors had been improperly credited with expenditures made contrary to the provisions of the will and alleged to have been made but unproved.

*Basil Robillard* for appellants.
*Clyde W. Knapp* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.